UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELINDA L'SHAY JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>MINI OF LAS VEGAS,<br><br>Defendant. | Case No. 2:25-cv-00725-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Complaint and Motion for Preliminary Injunction filed on April 24, 2025. ECF Nos. 1-1, 1-2. Plaintiff did not pay the $405 filing fee required to commence a civil action; nor did she file an application to proceed *in forma pauperis*, which she must do under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if she wishes to proceed without paying the required filing fee. In the absence of Plaintiff's payment of the filing fee or an application to proceed *in forma pauperis* that is granted, the Court will not consider Plaintiff's Complaint or Motion for Preliminary Injunction.

Accordingly, IT IS HEREBY ORDERED that no later than **May 20, 2025**, Plaintiff **must** pay the $405 filing fee to commence a civil action or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 29th day of April, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1