# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA L'SHAY JOHNSTON,<br><br>  Plaintiff<br><br>v.<br><br>MINI OF LAS VEGAS,<br><br>  Defendant | Case No.: 2:25-cv-00725-APG-EJY<br><br>**Order Striking Unauthorized Surreply** |

Under Local Rule 7-2(b), "[s]urreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." I strike plaintiff Melinda Johnson's surreply at ECF No. 26 because she did not request leave to file it and I did not authorize it.

I THEREFORE ORDER that plaintiff Melinda Johnson's surreply **(ECF No. 26) is STRICKEN**.

DATED this 18th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE