**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA L'SHAY JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>MINI OF LAS VEGAS, et al.,<br><br>Defendants | Case No.: 2:25-cv-00725-APG-EJY<br><br>**Order Granting Unopposed Motion for Leave to File Response Out of Time**<br><br>[ECF No. 57] |

I ORDER that plaintiff Melinda L'Shay Johnson's motion for leave to file response out of time (ECF No. 57) is GRANTED.

DATED this 1st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE